apelación es frívola ya que la apelante nada probó contrario a la demanda;

POR CUANTO, la apelante nada ha alegado respecto al expresado motivo de desestimación,

POR TANTO, desestimamos la presente apelación.

No. 5465.—BANCO DE PONCE, apldo., v. SILVA ET ALS., apltes.—C. D. Ponce. ▨▨▨▨▨ Enero 29, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

POR CUANTO, la parte apelada ha presentado en esta corte una moción de desestimación por el motivo de frivolidad;

POR CUANTO, la demanda en este caso revela que la acción ejercitada es una en cobro de pagaré;

POR CUANTO, aun cuando la Corte de Distrito de Ponce declaró sin lugar una moción pidiendo sentencia sobre las alegaciones, es dudoso si la contestación, por su forma y contenido, no constituye una admisión de los hechos alegados en la demanda;

POR CUANTO, en el juicio se presentó el pagaré aludido y a nuestro juicio probó el demandante todas las alegaciones de la demanda;

POR CUANTO, de una inspección de las notas taquigráficas no aparece que la parte demandada hubiera tomado excepciones que merezcan alguna consideración de esta corte; y

POR CUANTO, el apelante no compareció a la vista de la moción de desestimación, ni radicó oposición por escrito,

POR TANTO, se declara con lugar la moción.

No. 5573.—JOSÉ MALGOR & CÍA., aplda., v. ZALDUONDO, aplte.—C. D. Humacao. ▨▨▨▨▨ Febrero 10, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Desestimado por frivolidad.

No. 5609.—BLONDET, aplda. v. BLANCO ET AL., apltes.—C. D. San Juan. ▨▨▨▨▨ Marzo 10, 1931.

No. 5409.—BANCO DE YABUCOA, apldo., v. BENÍTEZ ET AL.,